CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED REC
for Harrisonburg
MAY 22 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ANITA FOMBY, | |
| Plaintiff, | Civil Action No. 5:08CV00049 |
| v. | **FINAL ORDER** |
| MICHAEL J. ASTRUE, | By: Samuel G. Wilson |
| Commissioner of Social Security, | United States District Judge |
| Defendant. | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered reversing the decision of the Commissioner, granting judgment to the plaintiff, denying the defendant's motion for summary judgment, and remanding the case to the Commissioner for the purpose of calculating and paying benefits. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **REVERSED**, judgment is **GRANTED** to the plaintiff, defendant's motion for summary judgment is **DENIED**, the case is **REMANDED** to the Commissioner for calculating and paying benefits, and this case is **ORDERED** stricken from the docket of the court.

**ENTER**: This May 22, 2009.

_____
UNITED STATES DISTRICT JUDGE